707 A.2d 149

FRANCES SWINICK v. FRED N. ROSEN.

February 13, 1998.

## ORDER

This matter having been duly presented to the Court on plaintiff's appeal as of right, and the Court having determined that the matter does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *Rule* 2:12–4, it is ORDERED that the appeal is dismissed.

707 A.2d 149

VICTORIA LOMBARDO v. DR. MARTIN BORSKY
AND ST. PETER'S MEDICAL CENTER.

February 24, 1998.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.